# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of MARIANA ISLANDS

Case Number: CV-2005-0035

FILED
Clerk
District Court

JAN - 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Plaintiffs:
**ALAN STUART MARKOFF, D.D.S dba TOOTHWORDS AND OPEN CHOICE**
vs.
Defendant:
**TODD KEITH JOHNSON, D.D.S**

For:
SMITH & WILLIAMS ATTORNEYS AT LAW
P.O. Box 5133 Chrb
Saipan, MP 96950

Received by Xtreme Process Service on the 15th day of November, 2005 at 1:06 pm to be served on **TODD KEITH JOHNSON 13901 N.E. 8TH ST. CHOCTAW, OKLAHOMA**.

I, Kenneth R. Andrews, being duly sworn, depose and say that on the **6th day of December, 2005** at **8:19 pm, I:**

**Personally Served** the within named person(s) with a true copy of this **SUMMONS IN A CIVIL CASE, COMPLAINT AND DEMAN FOR JURY TRIAL, MISC. EXHIBITS** in OKLAHOMA COUNTY, with the date and hour endorsed thereon by me, pursuant to State Statutes.

The undersigned, of lawful age, the person named as Licensed Private Process Server for the foregoing County and State, Being first duly sworn upon oath states that the foregoing is true and correct.

Subscribed and Sworn to before me on the 21st day of December, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

RYAN GRAHAM
Notary Public
State of Oklahoma
Commission # 03011358 Expires 9/3/07

Kenneth R. Andrews
PSS-05-10 CLEVELAND COUNTY

Xtreme Process Service
9301 S. Sunnylane Rd.
Oklahoma City, OK 73160
(405) 793-7338

Our Job Serial Number: 2005000087

Service Fee: $150.00

