F I L E D
Clerk
District Court

JAN - 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Defendant Todd Keith Johnson

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ALAN STUART MARKOFF, D.D.S. dba TOOTHWORKS and OPEN CHOICE,<br><br>    Plaintiff,<br><br>    vs.<br><br>TODD KEITH JOHNSON, D.D.S.,<br><br>    Defendant. | CIVIL ACTION NO. CV-05-0035<br><br>STIPULATION AND ORDER |

COMES NOW Plaintiff and Defendant, by and through counsel, agree and stipulate as follows:

Defendant Todd Keith Johnson shall have until January 16, 2006 to file his Response to Plaintiff Alan Stuart Markoff's Complaint.

SO STIPULATED.

1

Dated: Jan 6 th

David G. Banes
Counsel for Defendant
Todd Keith Johnson

Dated: January 6, 2006

Eric S. Smith
Counsel for Plaintiff
Alan Stuart Markoff

### ORDER

Having considered the agreement of the parties, and good cause shown, Defendant Todd Keith Johnson SHALL/SHALL NOT have until January 16, 2006 to file his Response to Plaintiff Alan Stuart Markoff's Complaint.

SO ORDERED: JAN - 9 2006

Alex R. Munson, Chief Judge