ROBERT J. FILTEAU, ESQ.
Filteau & Sullivan, P.C.
1634 Columbia St.
Houston, TX 77008
Tel. No.: (713) 236-1400
Fax No.: (713) 236-1706

DAVID G. BANES, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Bldg.
P. O. Box 501969
Saipan, MP 96950
Tel. No.: (670) 234-5684
Fax No.: (670) 234-5683

Attorneys for Defendant Todd Keith Johnson

FILED
Clerk
District Court

JAN 1 3 2006

For The Northern Mariana Islands
By_____
           (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ALAN STUART MARKOFF, D.D.S. dba TOOTHWORKS and OPEN CHOICE,<br><br>Plaintiff,<br><br>vs.<br><br>TODD KEITH JOHNSON, D.D.S.,<br><br>Defendant. | CIVIL ACTION. NO: 05-0035<br><br>MOTION TO DISMISS PLAINTIFF'S SECOND CAUSE OF ACTION<br><br>Date : Munson, Chief Judge<br>Time : 9:00 AM<br>Judge: FEB 1 6 2006 |

**COMES NOW** Defendant Todd Keith Johnson, D.D.S. ("Dr. Johnson"), by and through counsel and pursuant to Federal Rule Of Civil Procedure 12(b)(6), to move this Court to dismiss the Second Cause of Action in Plaintiff's Complaint entitled "Fraud and Misrepresentation." This Motion is supported by the pleadings on file with the Court, the Memorandum In Support of this Motion filed separately with this Court and any and all oral argument to be adduced at the hearing of this Motion.

As more fully explained in the accompanying Memorandum In Support, Plaintiff has failed to plead with sufficient particularity his claims of fraud against Dr. Johnson. While there is

1

generally no need to plead with any great specificity the particular factual grounds upon which a cause of action is based, the Federal Rules Of Civil Procedure require that all allegations of fraud be plead with heightened particularity. Fed.R.Civ.P. 9(b). If this requirement is not met, the party claiming fraud will not have stated a cause of action upon which relief can be granted and the claim should be dismissed under Rule 12(b)(6) of the Federal Rules Of Civil Procedure.

Here, Plaintiff has failed to meet the minimum requirements for pleading fraud with particularity and this cause of action should be dismissed from Plaintiff's Complaint.

Dated this 16th day of January, 2006.

Respectfully submitted,

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Defendant Todd K. Johnson

By: _____
DAVID G. BANES

060116-PL-Mtn(Dismiss)-glh