ROBERT J. FILTEAU, ESQ.
Filteau & Sullivan, P.C.
1634 Columbia St.
Houston, TX 77008
Tel. No.: (713) 236-1400
Fax No.: (713) 236-1706

DAVID G. BANES, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Bldg.
P. O. Box 501969
Saipan, MP 96950
Tel. No.: (670) 234-5684
Fax No.: (670) 234-5683

Attorneys for Defendant Todd Keith Johnson

FILED
Clerk
District Court

JAN 13 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ALAN STUART MARKOFF, D.D.S. dba TOOTHWORKS and OPEN CHOICE,<br><br>Plaintiff,<br><br>vs.<br><br>TODD KEITH JOHNSON, D.D.S.,<br><br>Defendant. | CIVIL ACTION. NO: 05-0035<br><br>NOTICE OF MOTION TO DISMISS PLAINTIFF'S SECOND CAUSE OF ACTION<br><br>Date : Munson, Chief Judge<br>Time :<br>Judge: |

PLEASE TAKE NOTICE THAT ON FEB 16 2006 at 9 a.m./p.m., or as soon thereafter as counsel may be heard at the District Court, Garapan, Saipan, Defendant will and hereby does move the Court to dismiss Plaintiff's Second Cause of Action in this matter.

Dated this 16th day of January, 2006.

Respectfully submitted,

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Defendant Todd K. Johnson

By: _____
DAVID G. BANES

ORIGINAL

1