ROBERT J. FILTEAU, ESQ.
Filteau & Sullivan, P.C.
1634 Columbia St.
Houston, TX 77008
Tel. No.: (713) 236-1400
Fax No.: (713) 236-1706

DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Defendant Todd Keith Johnson

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| ALAN STUART MARKOFF, D.D.S. dba TOOTHWORKS and OPEN CHOICE, <br><br> Plaintiff, <br><br> vs. <br><br> TODD KEITH JOHNSON, D.D.S., <br><br> Defendant. | CIVIL ACTION NO. CV-05-0035 <br><br> PROOF OF SERVICE |

The undersigned does hereby certify that copy of **NOTICE OF MOTION TO DISMISS PLAINTIFF'S SECOND CAUSE OF ACTION, MOTION TO DISMISS PLAINTIFF'S SECOND CAUSE OF ACTION and MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND CAUSE OF ACTION** was served as follows:

By hand delivery on January 17, 2006 upon:

> Anthony T. Palacios for the
> Attorney General's Office
> Capitol Hills, Saipan, CNMI

Dated this 23rd day of January, 2006.

_____
Rosemarie G. Agulto

FILED
Clerk
District Court

JAN 24 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)