F I L E D
Clerk
District Court

FEB - 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE U.S. DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

ALAN STUART MARKOFF, D.O.S. dba
TOOTHWORKS and OPEN CHOICE,

      Plaintiff(s),

      v.

TODD KEITH JOHNSON, D.D.S.

      Defendant(s).

CIVIL ACTION NO. CV- 05-0035

**PROOF OF SERVICE**

I hereby declare, under penalty of perjury, that on the ____2nd____ day of

____FEBRUARY____, 200_6_ at _2:29_ a.m./(p.m.) I personally served upon

O'Connor Berman DOTTS & BANES LAW OFFICES , a true and correct copy of the:

☐    Summons and Complaint

☐    Order dated _____

☑    Other (specify) ___RESPONSE TO MOTION TO DISMISS___

_____SECOND CAUSE OF ACTION_____

_____

_____ in the

above-captioned matter.

Service was made as follows:

☐
☐    By delivering it to the aforesaid person.
    By delivering it at the aforesaid person's usual residence with _____
    who is over the age of 18 and who also resides there.

1

☑  By delivering it to _LOLIT NAZAIRE_, who is an officer, agent,
~~employee or~~ person authorized to receive the document(s) on behalf of the
~~individual~~ or corporation.

2

☐  By delivering it to _____, who is the
attorney representing _____ in the above referenced case.

3

4

The place where said service was made was: _NAURU Bldg. SuSupe, Saipan_

5

The charge for service was: $ _20.00_ .

6

Dated: _FEBRUARY 2, 206_.

7

8

9

10

11

12

Hearing Date: _FEBRUARY 16, 2006    9:00 Am._

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28