F I L E D
Clerk
District Court

FEB 1 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CV-05-0035

February 16, 2006
9:15 a.m.

### STUART MARKOFF, DDS et al -vs- TODD KEITH JOHNSON, DDS

PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Eric S. Smith, Attorney for Plaintiffs
                George L. Hasselback, Attorney for Defendant

ROCEEDINGS:     MOTION TO DISMISS 2nd CAUSE OF ACTION

Plaintiffs were represented in court by Attorney Eric S. Smith. Attorneys George L. Hasselback was present on behalf of Defendant.

Attorney Hasselback rested on his pleadings and reserved his right to argue. Attorney Smith argued on behalf of the Plaintiffs. Attorney Hasselback argued.

Court, after hearing all argument, **GRANTED** the motion with leave to amend the Complaint.

Adjourned 9:30 a.m.

K. Lynn Lemieux, Courtroom Deputy