```
                                        F I L E D
                                           Clerk
                                       District Court

                                         FEB 1 6 2006

                                    For The Northern Mariana Islands
                                    By_____
                                           (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ALAN STUART MARKOFF, D.D.S., ) doing business as TOOTHWORKS ) and OPEN CHOICE, ) ) Plaintiff ) ) v. ) ) TODD KEITH JOHNSON, D.D.S., ) ) Defendant ) _____ ) | Civil Action No. 05-0035 NOTICE OF ORDER GRANTING MOTION TO STRIKE SECOND CLAIM FOR RELIEF, WITH LEAVE TO AMEND |

THIS MATTER came before the court on Thursday, February 16, 2006, for hearing of defendant's motion to dismiss the second claim for relief. Plaintiff appeared by and through his attorney, Eric S. Smith; defendant appeared by and through his attorney, George L. Hasselback.

THE COURT, having considered the written and oral arguments of the parties, adopted its tentative ruling and granted the motion to dismiss the second

claim for relief, with leave to amend.

Plaintiff's second claim for relief is based on fraud. Federal Rule of Civil Procedure 9(b) requires that the circumstances constituting fraud shall be stated with particularity. The court finds that the interests of the court, the parties, and judicial economy will best be served by requiring plaintiff to more particularly state the nature of the alleged fraud, including the substance of the statements or documents allegedly fraudulent, and the time, place, and medium of the allegedly fraudulent statements. Such allegations will enable the defendant to precisely frame his answer and narrow the scope of discovery. Plaintiff shall have until 3:30 p.m., Friday, February 24, 2006, to file his amended complaint.

The name of attorney Robert J. Filteau is ordered stricken from all documents filed to date. He has neither sought nor been granted pro hac vice admission.

IT WAS SO ORDERED.

DATED this 16th day of February, 2006.

_____
ALEX R. MUNSON
Judge