# United States District Court

_____ DISTRICT OF _____

ALAN STUART MARKOFF, D.D.S.
dba TOOTHWORKS and OPEN CHOICE,

V.

TODD KEITH JOHNSON

AMENDED
**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-0035

FILED
Clerk
District Court

FEB 27 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TO: (Name and Address of Defendant)

TODD KEITH JOHNSON
Oklahoma, USA

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

SMITH & WILLIAMS
PO Box 5133 CHRB
Saipan MP 96950

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

GALO L. PEREZ
CLERK

BY DEPUTY CLERK

FEB 2 4 2006
DATE

AO 440 (Rev.1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: FEBRUARY 24, 2006 |
| NAME OF SERVER (PRINT): ELMER C. BARROGA | TITLE: COURIER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): SERVED TO HIS ATTORNEY OF RECORDS DAVID BANES ESQ. THROUGH THE SECRETARY JENNIFFER BAUTISTA AT NAURU BLDG. SUSUPE SAIPAN

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | $20·00 | $21·00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on FEB. 24, 2006
_Date_

_Signature of Server_

P.O. BOX 5133 CHRB SAIPAN
_Address of Server_

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.