DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Defendant Todd Keith Johnson

F I L E D
Clerk
District Court

MAR 17 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ALAN STUART MARKOFF, D.D.S. dba TOOTHWORKS and OPEN CHOICE, <br><br> Plaintiff, <br><br> vs. <br><br> TODD KEITH JOHNSON, D.D.S., <br><br> Defendant. | CIVIL ACTION NO. CV-05-0035 <br><br> MOTION TO STAY <br><br> Date : Munson, Chief Judge <br> Time : 9:00am <br> Judge : APR 1 3 2006 |

COMES NOW Defendant Todd K. Johnson, by and through counsel, moves this Court to stay proceedings in this matter, pending the outcome of *Todd K. Johnson v. Alan S. Markoff et al.*, Case No. 2005-56947, currently pending in the District Court of Harris County, Texas ("the Texas County Action"), pursuant to the doctrine articulated by the United States Supreme Court in *Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800 (1976). The two proceedings are essentially identical, most of the relevant witnesses are on the Mainland, The Texas County Action was filed first and the contract that is at issue here provides that Texas law shall apply.

Therefore, this matter should be stayed until the Texas County Action is completed.

Dated: March 17, 2006.

Respectfully submitted,

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Defendant Todd K. Johnson

By: _____
DAVID G. BANES