**ORIGINAL**

F I L E D
Clerk
District Court

MAR 1 7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  **DAVID G. BANES, Esq.**
   **O'Connor Berman Dotts & Banes**
2  **Second Floor, Nauru Building**
   **P.O. Box 501969**
3  **Saipan, MP 96950**
   **Telephone No. (670) 234-5684**
4  **Facsimile No. (670) 234-5683**

5  **Attorneys for Defendant Todd Keith Johnson**

6          **IN THE UNITED STATES DISTRICT COURT**
7           **FOR THE NORTHERN MARIANA ISLANDS**

8  **ALAN STUART MARKOFF, D.D.S. dba**    )   **CIVIL ACTION NO. CV-05-0035**
   **TOOTHWORKS and OPEN CHOICE,**        )
9                                          )
            **Plaintiff,**                 )   **NOTICE OF MOTION TO STAY**
10                                         )
        **vs.**                            )   **Date : Munson, Chief Judge**
11                                         )   **Time : 9:00am**
   **TODD KEITH JOHNSON, D.D.S.,**         )   **Judge : APR 1 3 2006**
12                                         )
            **Defendant.**                 )
   _____)

13

14

15        PLEASE TAKE NOTICE that on _APR 1 3 2006_, ~~2006~~ at 9:00 (a.m.)/p.m., or as soon

16  thereafter as counsel may be heard at the District Court, Garapan, Saipan, Defendant, by and

17  through counsel, will and hereby does move the Court to stay proceedings in this matter,

18  pending the outcome of *Todd K. Johnson v. Alan S. Markoff et al.*, Case No. 2005-56947,

19  currently pending in the District Court of Harris County, Texas.

20

21        This Motion is supported by a Motion and Memorandum of Law In Support of the

22  Motion, Declarations of David G. Banes, Robert Filteau and Garon Lyles and exhibits attached

23  thereto and all prior pleadings and proceedings had herein.

24

25

1

1

2     Dated: March 17, 2006.          Respectfully submitted,

3                                      O'CONNOR BERMAN DOTTS & BANES
                                       Attorneys for Defendant Todd K. Johnson
4

5                                      By: _____

6                                          DAVID G. BANES

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2