FILED
Clerk
District Court

MAR 22 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ALAN STUART MARKOFF, D.D.S., ) doing business as TOOTHWORKS ) and OPEN CHOICE, ) ) Plaintiff ) ) v. ) ) TODD KEITH JOHNSON, D.D.S., ) ) Defendant ) ) | Civil Action No. 05-0035<br><br><br><br><br><br>CASE MANAGEMENT<br>CONFERENCE ORDER |

To:   Eric S. Smith, Attorney for Plaintiffs
      David G. Banes, Attorney for Defendant

In accordance with Federal Rule of Civil Procedure 16 and Local Rule 16.2CJ, each of the above-named shall be present at the Case Management Conference, set for **Thursday, April 13, 2006, at 9:30 a.m.**

AO 72
(Rev. 08/82)

The parties shall be prepared to discuss:

(a) Service of process on parties not yet served;

(b) Jurisdiction and venue;

(c) Track assignment;

(d) Anticipated motions;

(e) Anticipated or remaining discovery, including limitation on discovery;

(f) Further proceedings, including setting dates for discovery cut-off, pretrial and trial;

(g) Appropriateness of special procedures such as consolidation of actions for discovery or pretrial, reference to a master or to arbitration, or to the Judicial Panel on Multi-district Litigation, or application of the Manual for Complex Litigation;

(h) Modifications of the standard pretrial procedures specified by this Plan on account of the relative simplicity or complexity of the action or proceeding;

(i) Settlement prospects;

(j) Any other matter which may be conducive to the just, efficient, and economical determination of the proceedings, including the definition or limitation of issues; and,

(k) Setting of dates for:

1. Joinder of all parties,
2. Motions to amend,
3. Discovery cut-off,
4. Status Conferences,
5. Discovery motion hearing date,
6. Dispositive motion cut-off,
7. Dispositive motion hearing date,
8. Settlement conference,
9. Joint pretrial order,
10. Final pretrial order,
11. Trial.

The Court recommends that this case be assigned to the **Standard** track as defined by the Local Rule 16.2CJ.c.

DATED this 22nd day of March, 2006.

_____
ALEX R. MUNSON
Judge