1  DAVID G. BANES, Esq.
   O'Connor Berman Dotts & Banes
2  Second Floor, Nauru Building
   P.O. Box 501969
3  Saipan, MP 96950
   Telephone No. (670) 234-5684
4  Facsimile No. (670) 234-5683

F I L E D
Clerk
District Court

MAR 23 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

5  Attorneys for Defendant Todd Keith Johnson

6  IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ALAN STUART MARKOFF, D.D.S. dba TOOTHWORKS and OPEN CHOICE, | CIVIL ACTION NO. CV-05-0035 |
| Plaintiff, | PROOF OF SERVICE |
| vs. | |
| TODD KEITH JOHNSON, D.D.S., | |
| Defendant. | |

The undersigned does hereby certify that copy of **AFFIDAVIT OF GARAN LYLES IN SUPPORT OF MOTION TO STAY** was served as follows:

By hand delivery on March 22, 2006 upon:

Ma. Gracia Boonggaling for the
Eric Smith, Esq.
Garapan, Saipan, CNMI

Dated this 23rd day of March, 2006.

Rosemarie G. Agulto