ERIC S. SMITH, Bar No. F 0157
SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:   233-3334
Fax:  233-3336

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ALAN STUART MARKOFF, D.D.S.dba TOOTHWORKS and OPEN CHOICE,<br><br>Plaintiff,<br><br>vs.<br><br>TODD KEITH JOHNSON, D.D.S.<br><br>Defendant. | CIVIL ACTION NO. CV-05-0035<br><br>**NOTICE OF FILING UNSIGNED DECLARATION OF ERIC S. SMITH**<br><br>Date: April 13, 2006<br>Time: 9:30 a.m |

Plaintiff hereby gives notice to the Court of the filing of an unsigned Declaration of Eric S. Smith in support of Plaintiff's Opposition to Motion to Stay. The declaration was reviewed and approved by Eric S. Smith who is currently off-island. Plaintiff will file a signed declaration upon Eric Smith's return on the second week of April, 2006.

RESPECTFULLY SUBMITTED.

Date: March 30, 2006

_____
MARK K. WILLIAMS
Attorney for Plaintiff