ERIC S. SMITH, Bar No. F 0157
SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:   233-3334
Fax:   233-3336

Attorneys for Plaintiff

FILED
Clerk
District Court

MAR 30 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ALAN STUART MARKOFF, D.D.S. dba TOOTHWORKS and OPEN CHOICE,<br><br>Plaintiff,<br><br>vs.<br><br>TODD KEITH JOHNSON, D.D.S.<br><br>Defendant. | CIVIL ACTION NO. CV-05-0035<br><br>DECLARATION OF<br>ERIC S. SMITH<br>IN SUPPORT OF<br>PLAINTIFF'S OPPOSITION TO<br>MOTION TO STAY<br><br>Date: April 13, 2006<br>Time: 9:00 a.m |

I, ERIC S. SMITH, declare under penalty of perjury as follows:

1. I am one of the attorneys for Dr. Alan S. Markoff in the above captioned matter.

2. On or about February 10, 2005, Smith & Williams was retained by Dr. Alan Stuart Markoff to represent him in his claims against Dr. Todd K. Johnson, for a material breach of an Agreement for the Purchase and Sale of a Dental Practice ("Agreement"), executed by him and Dr. Johnson on September 15, 2004.

3. On or about April 15, 2005, we sent a letter to Dr. Johnson informing him of Dr. Markoff's claims, stating among other things, that the contents of the financial information he provided to Dr. Markoff for the sale of the dental clinic did not correctly reflect the financial affairs of the business. A true and correct copy of the

letter is attached hereto as Exhibit "1."

4. The letter was sent to Dr. Johnson via certified mail with a return receipt request at his address stated in the Agreement, which is c/o Dee Johnson, 13901 N.E. 8th, Choctaw, Oklahoma 73020.

5. On or about May 6, 2005, after not hearing from Dr. Johnson, we sent the letter to Dr. Johnson's email address at todd@johnsonpools.net. This email address was provided by Dr. Johnson to Plaintiff. A true and correct copy of the email is attached hereto as Exhibit "2."

6. On or about May 20, 2005, the letter which was sent via certified mail to Dr. Johnson returned with a stamp "Unclaimed" by the U.S. Postal Services. A true correct copy of the envelope containing the letter is attached hereto as Exhibit "3."

7. On or about May 23, 2005, Plaintiff received a response from Dr. Johnson via email. A true and correct copy of the email is attached hereto as Exhibit "4."

8. Dr. Johnson has not communicated with Smith & Williams directly regarding this matter.

9. After May 23, 2005, Plaintiff did not receive any word from Dr. Johnson.

10. Sometime in September 2005, Dr. Markoff informed us that his accountant in Texas found a listing in The Houston Business Journal September 2005 edition that Dr. Johnson filed a lawsuit against him.

11. Plaintiff was in Houston from September 28, 2005 to October 20, 2005 but he was not served with the complaint.

12. On or about November 4, 2005, Plaintiff decided to file a complaint against Dr. Johnson in the U.S. District Court in Saipan.

13. On December 6, 2005, Dr. Johnson was served with the Summons and Complaint in Oklahoma City. A true and correct copy of the Affidavit of Service is attached hereto as Exhibit "5."

14. On or about January 6, 2005, David Banes, who was retained as legal counsel for Dr. Johnson, called our office to request for an extension to file a response to the complaint, which was due on December 26, 2005.

15. In the spirit of cooperation, and in an attempt to negotiate a settlement before time and effort was expended on discovery and motions in the early stages of litigation, we consented to Mr. Banes' request and agreed that his response would be due on January 16, 2006. A true and correct copy of a stipulation reflecting the new date is attached hereto as Exhibit "6."

16. On January 16, 2006, Mr. Banes called to let us know that he was filing a motion to strike Plaintiff's fraud allegation. He filed the motion on January 17, 2006 - one day late.

17. After the Court's decision was issued permitting Plaintiff a week to file an amended complaint, Plaintiff filed an amended complaint on February 24, 2006.

18. Defendant's answer was due on March 16, 2006 but he filed it on March 20, 2006 - four days late.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on March 30, 2006, at Garapan, Saipan, Commonwealth of the Northern Mariana Islands.

                                                _____
                                                ERIC S. SMITH
                                                Declarant

3

**SMITH & WILLIAMS**
*Attorneys-At-Law*
P.O. Box 5133 CHRB
Saipan MP 96950

Tel. Nos. (1-670) 233-3334/5 Fax No. (1-670) 233-3336
eric.s.smith@saipan.com
markwilliams@saipan.com

April 15, 2005

Dr. Todd Keith Johnson, D.D.S.
c/o Dee Johnson
13901 N.E. 8th
Choctaw, Oklahoma 73020

  Re: *Purchase of Toothworks and Openchoice Dental Practice*

Dear Dr. Johnson,

  I represent Dr. Alan Markoff.

  When you and Dr. Markoff were discussing the sale and purchase of your proprietary business – Toothworks and Openchoice – you provided Dr. Markoff with a history of the deposits made by customers into the two business accounts that you had set up for Toothworks and Openchoice. Based on that documentation and statement made by you to Dr. Markoff, he was lead to believe the documents were accurate and that they reflected the deposits that clients made to the businesses.

  Dr. Markoff executed the agreement for the purchase and sale of the dental practice in large part due to his reliance upon the accuracy of the amount of deposits made and your representations that the deposits made into the two accounts reflected the cash flow made by patients and customers of Toothworks and Openchoice.

  Dr. Markoff has since learned that the statements made were false and the documents provided did not accurately reflect the deposits made by patients and customers. The amount stated in the consolidated deposits over stated the deposits by at least 25%. As a result of the over statement the true revenue deposits was at least 25% less than represented and the value of the business was equally reduced.

  In the written Agreement for the Purchase and Sale of A Dental Practice, executed by you on September 15, 2004, you warranted that the financial information provided to Dr. Markoff was correctly and properly prepared in accordance with generally accepted accounting principles and that the contents of financial information correctly reflected and fairly presented the financial affairs of the business. Through the examination of your records by an accountant, Dr. Markoff has learned



EXHIBIT 1

SENT VIA CERT MAIL
4/15/05

Letter to Todd Johnson<br>
April 15, 2005<br>
Page 2

that accepted accounting principles were not followed and that the contents of the financial information did not correctly reflect the financial affairs of the business.

Based upon the foregoing, I am of the opinion that you are in material breach of the Agreement for the Purchase and Sale of a Dental Practice and that you are in violation of the CNMI Consumer Protection Act. A violation of that Act carries with it penalties which include double actual damages and an award of attorney fees.

Dr. Markoff wishes to resolve this matter quickly and through an agreement with you. It is my understanding that under the Agreement, the total purchase price has not been made and that approximately 25% of the purchase price remains outstanding. Dr. Markoff has authorized me to offer to settle this matter at this stage by entering into an amendment of the Agreement with you that the funds you have theretofore received represent the total purchase price of the business. So that we may resolve this matter as soon as possible, please respond to me within 30 days from the date of this letter.

I look forward from hearing from you.

Sincerely,

SMITH & WILLIAMS

By: _____

ERIC S. SMITH<br>
Attorney at Law

## Eric Smith

| | |
|---|---|
| **From:** | "Eric Smith" <eric.s.smith@saipan.com> |
| **To:** | "Todd Johnson" <todd@johnsonpools.net> |
| **Cc:** | "Alan Markoff" <asm24@sbcglobal.net> |
| **Sent:** | Friday, May 06, 2005 9:19 AM |
| **Attach:** | Letter to Todd Johnson final draft.wpd |
| **Subject:** | Toothworks sale and purchase |

Dear Dr. Johnson,

    I am attaching a letter that was sent by US certified mail to the Oklahoma address found in the agreement between you and Dr. Markoff for the purchase and sale of Toothworks and Openchoice. As stated in the letter Dr. Markoff has authorized me to offer to settle this matter at this stage by entering into an amendment of the Agreement with you that the funds you have theretofore received represent the total purchase price of the business. Please give me a call.

Sincerely,


ERIC S. SMITH
Attorney At Law
SMITH & WILLIAMS
P.O. Box 5133 CHRB
Saipan MP 96950
Tel. No. (670) 233-3334
Fax No. (670) 233-3336



EXHIBIT 2

5/6/05



**SMITH & WILLIAMS**
*Attorneys At Law*
Former *Mai Thai* Building
P    Box 5133 CHRB
Saipan MP 96950



**CERTIFIED MAIL**

7001 2510 0001 9600 2974    0000

U.S. POSTAGE PAID
SAIPAN, MP
96950
APR 19, '05
AMOUNT
$4.42
00063591-01



Dr. Todd Keith Johnson, D.D.S.
c/o Dee Johnson
13901 N.E. 10th
Choctaw, Oklahoma 73020

4-25

4/25/05
4/30/05
5/10/05

## Eric Smith

**From:** "Todd" <Todd@johnsonpools.net>
**To:** "Allan Markoff" <asm24@sbcglobal.net>
**Cc:** "Eric Smith" <eric.s.smith@saipan.com>
**Sent:** Monday, May 23, 2005 11:04 PM
**Attach:** image001.png

Alan
I'm confused. You took over a year, had two or three banks, the SBA and your personal accountant review all the financial data prior to closing. Now you claim the data is not accurate. You appear to be one of those people for whom negotiation of the deal never ends - even after closing. However, giving you the benefit of the doubt, I invite you to provide me details of the financial data you now suggest is inaccurate.

**Todd Johnson**



1041 NW 71st Place • Oklahoma City, OK 73116 • Phone: 405-840-2291
FAX: 405-286-3718 • admin@johnsonpools.net • Toll Free: 866-347-5568



EXHIBIT 4

**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
NORTHERN District of MARIANA ISLANDS

COPY of
Original Filed
on this date

JAN -- --

Clerk
District Court
for The Northern Mariana Islands

Case Number: CV-2005-0035

Plaintiffs:
**ALAN STUART MARKOFF, D.D.S dba TOOTHWORDS AND OPEN CHOICE**

vs.

Defendant:
**TODD KEITH JOHNSON, D.D.S**

For:
SMITH & WILLIAMS ATTORNEYS AT LAW
P.O. Box 5133 Chrb
Saipan, MP 96950

Received by Xtreme Process Service on the 15th day of November, 2005 at 1:06 pm to be served on **TODD KEITH JOHNSON 13901 N.E. 8TH ST. CHOCTAW, OKLAHOMA**.

I, Kenneth R. Andrews, being duly sworn, depose and say that on the **6th day of December, 2005** at **8:19 pm**, I:

**Personally Served** the within named person(s) with a true copy of this **SUMMONS IN A CIVIL CASE, COMPLAINT AND DEMAN FOR JURY TRIAL, MISC. EXHIBITS** in OKLAHOMA COUNTY, with the date and hour endorsed thereon by me, pursuant to State Statutes.

The undersigned, of lawful age, the person named as Licensed Private Process Server for the foregoing County and State, Being first duly sworn upon oath states that the foregoing is true and correct.

Subscribed and Sworn to before me on the 21st day of December, 2005 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

RYAN GRAHAM
Notary Public
State of Oklahoma
Commission # 03011358 Expires 9/3/07

Kenneth R. Andrews
PSS-05-10 CLEVELAND COUNTY

Xtreme Process Service
9301 S. Sunnylane Rd.
Oklahoma City, OK 73160
(405) 793-7338

Our Job Serial Number: 2005000087

Service Fee: $150.00

Copy_____ - Process Server's Toolbox V5.5i

EXHIBIT 5



```
                                                    FILED
                                                    Clerk
                                                 District Court

                                                  JAN - 9 2006
1  DAVID G. BANES, Esq.
   O'Connor Berman Dotts & Banes              For The Northern Mariana Islands
2  Second Floor, Nauru Building               By_____
   P.O. Box 501969                                  (Deputy Clerk)
3  Saipan, MP96950
   Telephone No. (670) 234-5684
4  Facsimile No. (670) 234-5683

5  Attorneys for Defendant Todd Keith Johnson
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ALAN STUART MARKOFF, D.D.S. dba TOOTHWORKS and OPEN CHOICE, | CIVIL ACTION NO. CV-05-0035 |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| TODD KEITH JOHNSON, D.D.S., | |
| Defendant. | |

COMES NOW Plaintiff and Defendant, by and through counsel, agree and stipulate as follows:

Defendant Todd Keith Johnson shall have until January 16, 2006 to file his Response to Plaintiff Alan Stuart Markoff's Complaint.

SO STIPULATED.

1

2425-04-060106-PL-Stip-(AnsCompdate)-rcr



EXHIBIT 6

1  Dated: _Jany 6 R_                    _____
2                                       David G. Banes
                                        Counsel for Defendant
3                                       Todd Keith Johnson

4
5  Dated: _January 6, 2006_             _____
                                        Eric S. Smith
6                                       Counsel for Plaintiff
                                        Alan Stuart Markoff
7
8
9
                                    **ORDER**
10
11
       Having considered the agreement of the parties, and good cause shown, Defendant Todd
12
13 Keith Johnson SHALL/SHALL NOT have until January 16, 2006 to file his Response to

14 Plaintiff Alan Stuart Markoff's Complaint.
15
16
17 SO ORDERED: _JAN - 9 2006_
18
19
20
21
                                        _____
22                                      Alex R. Munson, Chief Judge
23
24
25

                                         2

                       2425-04-060106-P1-Stip-(AnsCompdate)-rcr