F I L E D
Clerk
District Court

MAR 3 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1    ERIC S. SMITH, Bar No. F 0157
     SMITH & WILLIAMS
2    Attorneys at Law
     P.O. Box 5133 CHRB
3    Saipan MP 96950
     Tel:    233-3334
4    Fax:    233-3336

5    Attorneys for Plaintiff

6

7

8              IN THE UNITED STATES DISTRICT COURT
                          FOR THE
9              NORTHERN MARIANA ISLANDS

10

11   ALAN STUART MARKOFF, D.D.S.dba          CIVIL ACTION NO. CV-05-0035
     TOOTHWORKS and OPEN CHOICE,
12
                    Plaintiff,
13                                                  **PRE-DISCOVERY
                    vs.                        DISCLOSURE STATEMENT**
14

15   TODD KEITH JOHNSON, D.D.S.            Date:  April 13, 2006
                                          Time:  9:30 a.m
16                   Defendant.

17          Pursuant to Local Rule 16.2CJ (d). and Rule 26(a) of the Federal Rules of Civil

18   Procedure, Plaintiff provides to Defendant the following:

19

20   1.      PERSONS WITH DISCOVERABLE INFORMATION

21          a.      Dr. Alan Stuart Markoff
                    Toothworks and Open Choice
22                  PO Box 504699
                    Saipan MP 96950
23
            b.      Dr. Todd Johnson
24                  1041 Nw 71ST Place
                    Oklahoma City, OK 73116
25
            c.      Ms. Angelina Mamaril. Former accountant of Todd Johnson in Toothworks
26   and Open Choice. Ms. Mamaril upon information and belief, still resides in Saipan, CNMI.
     Plaintiff reserves the right to supplement this disclosure for her address and contact number
27   at a later time.

28

d.    Ms. Flor Urena.  Former accountant of Todd Johnson in Toothworks and Open Choice.  Ms. Urena upon information and belief, still resides in Saipan, CNMI. Plaintiff reserves the right to supplement this disclosure for her address and contact number at a later time.

c.    Carol Galanza
Assistant to Dr. Markoff
c/o PO Box 504699
Saipan MP 96950

d.    Delgadina Sablan
Office Manager
Toothworks
PO Box 504699
Saipan MP 96950

e.    Magliari & Company, CPA'S
PMB 297 Box 10000
Saipan MP 96950
Tel 233-1837

f.    John Sheather
Bank of Hawaii
Puerto Rico
Saipan MP 96950

g.    Victoria Concepcion
First Hawaiian Bank
Beach Road, Oleai
Saipan MP 96950

h.    Merced Tomokane
Bank of Guam
Beach Road, Garapan
Saipan MP 96950

i.    Louis Lerner
Accountant of Dr. Markoff
Houston, Texas

2.    DESCRIPTION AND LOCATION OF RELEVANT DOCUMENT

a.    Agreement for the Purchase and Sale of Dental Practice between Dr. Todd Johnson, D.D.S. and Dr. Alan S. Markoff, D.D.S.

b.    Consulting Agreement between Dr. Alan Markoff, D.D.S. and Dr. Todd Johnson, D.D.S.

c.    Financial Documents submitted by Dr. Todd Johnson, D.D.S. to Dr. Alan S. Markoff prior to the sale of Toothworks and Open Choice, including but not limited to Balance Sheet, Income Statement, Bank Account Statements, Tax Documents, Collection Report, Profit/Loss Analysis and Tax Return Analysis.

2

d.    Correspondence relevant to the allegations in this case.

e.    Any expert report(s).

Plaintiff reserves the right to supplement this disclosure at a later time. All documents relevant to the allegations contained in the complaint will be available at counsel's office.

3.    COMPUTATION OF DAMAGES.

Damages have not been fully computed at this time. Plaintiff reserves the right to submit specific damage computation and supporting documentation at a later time.

RESPECTFULLY SUBMITTED.

Date: March 30, 2006

MARK K. WILLIAMS
Attorney for Plaintiff

3