Case 1:05-cv-00035    Document 30    Filed 03/31/2006    Page 1 of 2

FILED
Clerk
District Court

MAR 31 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE U.S. DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CIVIL ACTION NO. CV- 05-0035

ALAN STUART MARKOFF, D.D.S. dba
TOOTHWORKS and OPEN CHOICE,
   Plaintiff(s),

v.

TODD KEITH JOHNSON, D.D.S.
   Defendant(s).

**PROOF OF SERVICE**

I hereby declare, under penalty of perjury, that on the __30th__ day of __MARCH__, 2006, at __4:30__ a.m./(p.m.) I personally served upon __O'Connor Berman Dotts & Banes Law Offices__, a true and correct copy of the:

☐ Summons and Complaint

☐ Order dated _____

☑ Other (specify) OPPOSITION TO DEFENDANT'S MOTION TO STAY, NOTICE OF FILING UNSIGNED DECLARATION OF ERIC S. SMITH, DECLARATION OF ERIC S. SMITH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO STAY, DECLARATION OF ALAN STUART MARKOFF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO STAY, _____ in the above-captioned matter.

Service was made as follows:

☐ By delivering it to the aforesaid person.
☐ By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

☑  By delivering it to JENNIFER BAUTISTA, who is an officer, agent, employee or person authorized to receive the document(s) on behalf of the individual or corporation.

☐  By delivering it to _____, who is the attorney representing _____ in the above referenced case.

The place where said service was made was: NAURU bldg. Susupe, Saipan

The charge for service was: $ 20-00 .

Dated: March 31, 2006 .

Hearing Date: APRIL 13, 2006  9:00 Am