FILED
Clerk
District Court

APR - 7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Defendant Todd Keith Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ALAN STUART MARKOFF, D.D.S. dba TOOTHWORKS and OPEN CHOICE,<br><br>Plaintiff,<br><br>vs.<br><br>TODD KEITH JOHNSON, D.D.S.,<br><br>Defendant. | CIVIL ACTION NO. CV-05-0035<br><br>STIPULATION AND ORDER<br><br>Date: N/A<br>Time: N/A<br>Judge: Munson, Chief Judge |

COMES NOW Plaintiff and Defendant, by and through counsel, agree and stipulate as follows:

Defendant Todd Keith Johnson shall have until April 7, 2006 to file his Reply Memorandum of Law In Further Support of his Motion to Stay.

SO STIPULATED.

1

Dated: 3-06-06

David G. Banes
Counsel for Defendant
Todd Keith Johnson

Dated: 4.06.06

Mark K. Williams
Counsel for Plaintiff
Alan Stuart Markoff

## ORDER

Having considered the agreement of the parties, ~~and good cause shown,~~ Defendant Todd Keith Johnson (SHALL) SHALL NOT have until April 7, 2006 to file his Reply Memorandum of Law In Further Support of his to Motion to Stay.

SO ORDERED: 4-7-06

Alex R. Munson, Chief Judge

**RECEIVED**
APR 6 2006
Clerk
District Court
The Northern Mariana Islands

2425-04-060406-PL-Stip-(ReplyBrief)-rcr