DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

FILED
Clerk
District Court

APR 11 200

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorneys for Defendant Todd Keith Johnson

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ALAN STUART MARKOFF, D.D.S. dba TOOTHWORKS and OPEN CHOICE, <br><br> Plaintiff, <br><br> vs. <br><br> TODD KEITH JOHNSON, D.D.S., <br><br> Defendant. | CIVIL ACTION NO. CV-05-0035 <br><br> PROOF OF SERVICE |

The undersigned does hereby certify that copy of **DEFENDANT'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF A MOTION TO STAY, DECLARATIONS OF DAVID G. BANES AND TODD KEITH JOHNSON IN FURTHER SUPPORT OF MEMORANDUM OF LAW OF A MOTION TO STAY** was served as follows:

By hand delivery on April 7, 2006 upon:

    Cristy Bansil for the
    Eric Smith, Esq.
    Garapan, Saipan, CNMI

Dated this _11th_ day of April, 2006.

_____
Alexander L. Lopez

1

2425-04-060410-ProofService-rcr