1  DAVID G. BANES, Esq.
   O'Connor Berman Dotts & Banes
2  Second Floor, Nauru Building
   P.O. Box 501969
3  Saipan, MP 96950
   Telephone No. (670) 234-5684
4  Facsimile No. (670) 234-5683

FILED
Clerk
District Court

APR 11 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

5  Attorneys for Defendant Todd Keith Johnson

6  IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN MARIANA ISLANDS
7

8  ALAN STUART MARKOFF, D.D.S. dba    )   CIVIL ACTION NO. CV-05-0035
   TOOTHWORKS and OPEN CHOICE,         )
9                                      )
              Plaintiff,                )   PROOF OF SERVICE
10        vs.                           )
                                        )
11 TODD KEITH JOHNSON, D.D.S.,          )
                                        )
12            Defendant.                )

13

14    The undersigned does hereby certify that copy of **AMENDED DECLARATION OF
15 TODD KEITH JOHNSON IN FURTHER SUPPORT OF MEMORANDUM OF LAW
   OF A MOTION TO STAY** was served as follows:
16

17    By hand delivery on April 10, 2006 upon:

18        Cristy Bansil for the
          Eric Smith, Esq.
19        Garapan, Saipan, CNMI

20

21    Dated this 11th day of April, 2006.

22

23                                              _____
                                                Rosemarie G. Agulto
24

25

1

2425-04-060411-ProofService-rcr