DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Defendant Todd Keith Johnson

FILED
Clerk
District Court

APR 12 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ALAN STUART MARKOFF, D.D.S. dba TOOTHWORKS and OPEN CHOICE, <br><br> Plaintiff, <br><br> vs. <br><br> TODD KEITH JOHNSON, D.D.S., <br><br> Defendant. | CIVIL ACTION NO. CV-05-0035 <br><br> DEFENDANT'S PRE-DISCOVERY DISCLOSURE STATEMENT <br><br> Date  :  Munson, Chief Judge <br> Time :  April 13, 2006 <br> Judge :  9:30 a.m. |

Defendant Todd Keith Johnson, by and through counsel, pursuant to L.R. 16.2 (c)(J)(d) and Fed.R.Civ.Pro. Rule 26(a), submits the following disclosures:

A.     Persons With Potentially Discoverable Information

| Name/Address | Subject Of Information |
|---|---|
| 1.  Million Dollar Dental Practices ("MDP") <br> P.O. Box 880 <br> Gleneden Beach, Oregon <br> Tel. No.: (541) 764-5580 | Performed an extensive analysis of Toothworks' and Open Choice's financial documents in order to do an appraisal and was the initial broker for the sale of Toothworks and Open Choice to Plaintiff. |
| a.     Doug Seibert | Head of MDP |

1

|   |   |   |   |
|---|---|---|---|
|   | b. | Jim Seibert | Traveled to Saipan as part of MDP's review and appraisal and at one time bid to purchase Toothworks/Open Choice together with Plaintiff. |
|   | c. | Laura Peters | Took over from her father as the broker for the parties actual performed financial analysis. |
|   | d. | David Perry | On information and belief, actual performed financial analysis. |
| 2. | Michael Lerner, CPA<br>Houston, Texas | | Reviewed Toothworks' and Open Choice's financial documents and gave Plaintiff Advise as to the value of Toothworks and Open Choice. |
| 3. | Alan Stuart Markoff<br>Toothworks and Open Choice<br>P.O. Box 504699<br>Saipan, MP 96950 | | Plaintiff's case. |
| 4. | Mrs. Becki Markoff<br>Houston, Texas | | Plaintiff's case. |
| 5. | Wallis State Bank<br>Texas | | Reviewed Toothworks' and Open Choice's financial documents; noticed certain financial discrepancies and brought them to Plaintiff's attention. |
| 6. | Progressive Management Consultants<br>Illinois | | Second broker for the sale of Toothworks and Open Choice. |
| 7. | Todd Johnson<br>1041 NW 71st Place<br>Oklahoma City, OK 73116 | | Plaintiff's case and Defendant's defenses. |
| 8. | John Ronan<br>Minnesota | | Ran Toothworks in the transition period while knows about Toothworks' financial sale negotiations were taking place. Knows about Toothworks' financial documents and had discussions with Plaintiff. |
| 9. | Angie Mamaril<br>Unknown | | Former head bookkeeper of Toothworks. |

| | | |
|---|---|---|
| 10. | James Peters<br>120 North Robinson, Suite 1719<br>Oklahoma City, Oklahoma | Attorney for Dr. Johnson during sale of dental practice. |
| 11. | David Washburn<br>2800 Post Oak Blvd.<br>Houston, Texas<br>Tel. No.: (713) 892-4813 | Attorney for Dr. Markoff during sale of dental practice. |
| 12. | David Burger<br>Burger and Comer, PC<br>P.O. Box 504053<br>Saipan, MP 96950<br>Tel. No.: 235-8722 | Helped Defendant set up his bookkeeping methods and operations. |

### B. Description of Relevant Documents

1. The financial records of Toothworks and Open Choice were originally in Saipan, were sent to Oregon (Million Dollar Dental Practice) then on to Texas. Defendant also has copies at his residence in Oklahoma.

2. Documents used by Million Dollar Dental Practice to formulate its extensive appraisal report. Most likely located in Oregon.

3. Documents used by Wallis Bank in its review of Toothworks' and Open Choice's financial documents. Most likely located in Texas.

4. Documents reviewed and used by MDP. Located in Oregon.

5. Documents reviewed and used by Plaintiff in his decision to purchase Toothworks. Located with Plaintiff's accountant in Houston, Texas.

6. Correspondence among Plaintiff, Defendant, MDP and Progressive Management Consultants. Some are located with Plaintiff, some with MDP in Oregon, some with Defendant in Oklahoma.

### C. Computation of Damages
N/A

1
2   D.   <u>Insurance Agreement</u>
         N/A
3
4   Dated: April 2, 2006              O'CONNOR BERMAN DOTTS & BANES
                                      Attorneys for Defendant Todd Keith Johnson
5
6
7                                     By: _____
                                          DAVID G. BANES
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25