MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************

CV-05-0035                                          April 13, 2006
                                                     9:00 a.m.

**STUART MARKOFF, DDS et al -vs- TODD KEITH JOHNSON, DDS**

PRESENT:      Hon. Alex R. Munson, Chief Judge Presiding
              Sanae Shmull, Court Reporter
              K. Lynn Lemieux, Courtroom Deputy
              Mark Williams, Attorney for Plaintiffs
              David Banes, Attorney for Defendant

PROCEEDINGS:  MOTION TO STAY

   Plaintiffs were represented in court by Attorney Mark Williams. Attorney David Banes was present on behalf of Defendant.

   Attorney Williams argued against the motion to stay. Attorney Banes argued on behalf of Todd Keith Johnson, DDS.

   Court, after hearing all argument, took the matter under advisement and stated that a written order would be forthcoming.

                              Adjourned 9:30 a.m.

                              K. Lynn Lemieux, Courtroom Deputy