DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Defendant Todd Keith Johnson

FILED
Clerk
District Court

APR 17 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ALAN STUART MARKOFF, D.D.S. dba TOOTHWORKS and OPEN CHOICE, <br><br> Plaintiff, <br><br> vs. <br><br> TODD KEITH JOHNSON, D.D.S., <br><br> Defendant. | CIVIL ACTION NO. CV-05-0035 <br><br> PROOF OF SERVICE |

The undersigned does hereby certify that copy of **DEFENDANT'S PRE-DISCOVERY DISCLOSURE STATEMENT** was served as follows:

By hand delivery on April 12, 2006 upon:

Ma. Gracia Boonggaling for
Smith & Williams Law Offices
Garapan, Saipan, CNMI

Dated this 13th day of April, 2006.

_____
Rosemarie G. Agulto

1

2425-04-060413-ProofService-rcr