FILED
Clerk
District Court

APR 18 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE U.S. DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CIVIL ACTION NO. CV- 05-0035

ALAN STUART MARKOFF, D.D.S. dba
TOOTHWORKS and OPEN CHOICE,
          Plaintiff(s),

**PROOF OF SERVICE**

v.

TODD KEITH JOHNSON, D.D.S.
          Defendant(s).

I hereby declare, under penalty of perjury, that on the __17th__ day of __APRIL__, 2006 at __3:39__ a.m./p.m., I personally served upon __O'CONNOR BERMAN DOTTS & BANES LAW OFFICES__, a true and correct copy of the:

☐ Summons and Complaint
☐ Order dated _____
☒ Other (specify) __NOTICE OF FILING SIGNED DECLARATION OF ERIC S. SMITH__

_____ in the above-captioned matter.

Service was made as follows:

☐ By delivering it to the aforesaid person.
☐ By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

☒ By delivering it to JHEN BAUTISTA, who is an officer, agent, employee or person authorized to receive the document(s) on behalf of the individual or corporation.

The place where said service was made was: NAURU Bldg. Susupe, Saipan

The charge for service was: $_____.

Dated: APRIL 18, 2006.

_____
ELMER BARROGO

Hearing Date: N/A